

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*   *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0386*
*Albany, New York 12207-2924*

January 8, 2025

Hon. Daniel J. Stewart
U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 314
Albany, New York 12207

    Re:   *Temple of Noya, et al. v. Garland, et al.*
          1:24-cv-1195 (AMN/DJS)

Dear Judge Stewart:

    This office represents the defendants in the above-referenced matter. We write with the consent of plaintiffs to respectfully request that the deadlines for the parties' opposition and reply to defendants' pending motion to dismiss be extended by two weeks. Plaintiffs' opposition would be due on February 6, 2025, and defendants' reply would be due on February 13, 2025.

    We have conferred with plaintiff's counsel and they are in agreement with the requested extension.

                                       Respectfully submitted,

                                       CARLA B. FREEDMAN
                                       United States Attorney

                By:    *s/John D. Hoggan, Jr.*
                          John D. Hoggan, Jr.
                          Assistant United States Attorney
                          Bar Roll No. 511254

cc:    Counsel of Record (via ECF)